No. 02–156. HOANG v. UMMEL ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–160. BOYD ET AL. v. BRUCE ET AL. Ct. App. Tenn. Certiorari denied.

No. 02–162. CLARK ET AL. v. STOVALL, ATTORNEY GENERAL OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–172. BETH B. ET AL. v. VAN CLAY, SUPERINTENDENT, LAKE BLUFF SCHOOL DISTRICT #65, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–174. SULLINS v. LEE ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–180. MELENDREZ v. LOZA ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–181. ROBERTS v. LOS ANGELES CITY FIRE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–187. JAKES, LTD., ET AL. v. CITY OF COATES. C. A. 8th Cir. Certiorari denied.

No. 02–188. ADA COUNTY ET AL. v. WEBB ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–190. TEXAS v. WATKINS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–195. DEJULIO ET AL. v. GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–198. DEMBINSKI v. VOUGHT AIRCRAFT INDUSTRIES, INC. C. A. 11th Cir. Certiorari denied.

No. 02–199. LAKE ET AL. v. BANK ONE, N. A. C. A. 5th Cir. Certiorari denied.

No. 02–201. MOORE v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–203. SOMMER v. UNUM LIFE INSURANCE COMPANY OF AMERICA. C. A. 9th Cir. Certiorari denied.